Scott E. Brady, Esq.  (IN #30534-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN G. NEVIN & KATHLEEN NEVIN,<br>          Plaintiffs,<br><br>     vs.<br><br>CENTRAL MORTGAGE COMPANY Which Will Do Business In California as CENTRAL MORTGAGE LOAN SERVICING COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICE LLC; and TRANS UNION LLC;<br>          Defendants. | CASE NO. 3:13-cv-03995-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

     Plaintiffs Jonathan G. Nevin and Kathleen Nevin, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans

Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: November 4, 2013

    *s/ Mark F. Anderson (with consent)*
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
235 Montgomery Street, Suite 914
San Francisco, CO  94104
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Jonathan G. Nevin and Kathleen Nevin*

Date: November 4, 2013

*s/ Scott E. Brady*
Scott E. Brady, Esq.  (IN #30534-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Jonathan G. Nevin and Kathleen Nevin against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Jonathan G. Nevin and Kathleen Nevin and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____           _____
                                        JUDGE, United States District Court,
                                        Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Corey H. Boyd, Esq.<br>chboyd@jonesday.com |
| Vanessa H. Widener, Esq.<br>vhw@amclaw.com | Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com | Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com |