THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

*Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN G. NEVIN & KATHLEEN NEVIN,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL MORTGAGE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CENTRAL MORTGAGE LOAN SERVICING COMPANY *et al*.,<br><br>Defendants. | Case No.: 3:13-cv-03995<br><br>**PLAINTIFFS JONATHAN G. NEVIN AND KATHLEEN NEVIN AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION OF DISMISSAL** |

Plaintiffs Jonathan G. Nevin and Kathleen Nevin ("Plaintiffs") and Defendant Equifax Information Services LLC ("Equifax") (collectively, the "Parties") file this Joint Stipulation of Dismissal With Prejudice and in support hereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiffs and Defendant Equifax to be determined by this Court. Plaintiffs hereby stipulate that all claims or causes of action against Defendant Equifax which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice

- 2 –

1  with court costs to be paid the party incurring same.

2      WHEREFORE, the Parties respectfully request that this stipulation be
3  granted.

4

5  Dated:  December 31, 2013        ANDERSON, OGILVIE & BREWER LLP

6

7                                     /s/ *Mark F. Anderson*
8                                     Attorneys for Jonathan G. Nevin and
                                   Kathleen Nevin

9

10

11 Dated:  December 31, 2013        NOKES & QUINN, PC

12

13                                  /s/  *Thomas P. Quinn, Jr.*
                                   THOMAS P. QUINN, JR.
14                                    Attorneys for Equifax Information Services
                                   LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –

STIPULATION FOR DISMISSAL

# CERTIFICATE OF SERVICE

**JONATHAN G. NEVIN AND KATHLEEN NEVIN v. EQUIFAX INFORMATION SERVICES LLC, CASE NO: 3:13-cv-03995-JSW**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On December 31, 2013, I served a true copy of **STIPULATION FOR DISMISSAL.**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                   /S/ *Alyssa K. Johnson*
                                   Alyssa K. Johnson

Place of Mailing:  Laguna Beach, California

Executed on December 31, 2013, at Laguna Beach, California.